[No. 39520.    Department Two.    June 20, 1968.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE R. FRAKER, JR., *Appellant*.*

*James A. Alfieri*, for appellant.

PER CURIAM.—The issues on this appeal are identical to those advanced and considered in *State v. Paradis*, 72 Wn.2d 563, 434 P.2d 583 (1967). For the reasons set forth in that decision, the judgment in this case is affirmed.